CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

ISRAEL, FRIEDBERG & KORBATOV, LLP
Igor Korbatov, Esq., BAR NO. 136773
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90011
Telephone: (310) 278-7001
Facsimile: (310) 878-8336
E-Mail: ikorbatov@ifklaw.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay**,<br><br>　　　Plaintiff,<br><br>　v.<br><br>**1019 N. Fairfax Avenue LP**, a California Limited Partnership; **Korbatov Equities LLC**, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case No. 2:16-cv-09018-CAS-AGR<br><br>**Joint Report (Rule 26) for Scheduling Conference**<br><br>Date:　May 15, 2017<br>Time:　11:00 a. m.<br><br>Honorable Judge Christina A. Snyder |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Order Setting Scheduling Conference filed February 10, 2017, the parties hereby submit the following Rule 26 Joint Report.

1

## I. Brief Factual Summary of the Case and Claims Being Asserted

<u>Plaintiff</u>: Shirley Lindsay allegedly suffers from arthritis (osteoarthritis of multiple joints; spinal stenosis of the lumbar spine; and essential hypertension) of her hands, knees, and hips. She allegedly uses both a cane and wheelchair for mobility. Defendants 1019 N. Fairfax Avenue LP and Korbatov Equities LLC own the real property located at or about 1017 N. Fairfax Avenue, West Hollywood, California. The Plaintiff went to the property to visit the Dental Office in October 2016 for dental work.

Plaintiff alleges that there were no compliant accessible handicap parking spaces available for persons with disabilities that complied with the Americans with Disability Act Accessibility Guidelines (ADAAG) in October 2016. Plaintiff alleges that there used to be a compliant, accessible parking space in the parking lot prior to October 2016. Plaintiff alleges that Defendants allowed the parking space that was previously reserved for persons with disabilities to get paved over or fade beyond recognition. Plaintiff alleges that the Defendants have no policy or plan in place to make sure that the accessible parking spaces reserved for persons with disabilities remain useable.

Plaintiff alleges that Defendant's alleged failure to provide for an accessible parking space at the property is a violation of the ADA and is discriminatory against the plaintiff. Plaintiff further alleges that Defendants violated Plaintiff's rights under the American with Disabilities Act and the Unruh Civil Rights Act and therefore, she seeks injunctive relief and statutory minimum damage award under the Unruh Civil Rights Act.

<u>Defendants</u>: Defendants allege that Plaintiff is not a patient of the Dental Office and did not make an appointment or call ahead to let the Dental Office know that she was coming and that she was in need of accommodations.

Defendants further allege that they have no knowledge that Plaintiff indeed visited the Dental Office or the property in question.

Defendants allege that the parking lot in question is private and not open to the public, but only open to the tenants at the Property who make accommodations for patients who come to the Dental Office by appointment.

## II. Complexity

This case is not complex. There is no need for reference to the procedures set forth in the Manual for Complex Litigation.

## III. Motions Schedule

<u>Plaintiff</u>: anticipates filing a motion for partial summary judgment on the issue of duty and liability under the ADA and the Unruh Civil Rights Act. This will occur after the necessary depositions are taken in this case.

<u>Defendants</u>: anticipates filing a motion for complete or partial summary judgment on the issue of duty, liability, and damages under the ADA and the Unruh Civil Rights Act. This will occur after the necessary depositions are taken in this case.

## IV. Settlement

The parties believe that settlement is likely in this case. The parties believe that L.R. 16-15.4, Settlement Procedure Number 2—settlement proceedings before an attorney selected from the Attorney Settlement Officer Panel—should be utilized in this case.

//
//
//

## V.  Trial Estimate

The parties anticipate a 2-3 day trial. The parties propose that the Final Pretrial Conference be set for June 4, 2018 and the Trial date be set for June 19, 2018.

## VI.  Additional Parties

<u>Plaintiff</u>: does not anticipate joining any additional parties.

<u>Defendants</u>: at this time does not anticipate joining any additional parties.

## VII.  Expert Witnesses

The parties do not propose any changes to the timing requirements found under Rule 26(a)(2)(D)&(E) of the Federal Rules of Civil Procedure for the disclosure of expert witnesses.

**RULE 26 DISCOVERY PLAN**

### A.  Initial Disclosures

The Parties do not seek any changes to the timing, form or requirements for initial disclosures. The Parties consent to exchange initial disclosures via email by April 13, 2017.

### B.  Discovery

<u>Plaintiff</u>: intends to seek discovery related to: (1) the ownership and operation of the business; (2) lack of accessible parking space at the property; (3) reasonable modifications to the property (4) the feasibility of providing access to persons with disabilities. The plaintiff intends to propound a set of Interrogatories, Requests for Admission and Requests for Production of

Documents; to take the deposition of the Defendants and to conduct an expert site inspection.

<u>Defendants</u>: intend to seek discovery related to (1) Plaintiff's, and/or other persons, visit to the Property and notification or lack thereof of the Dental Office of Plaintiff's alleged visit to the property; (2) Plaintiff's medical condition; (3) Plaintiff's pattern of conduct in connection with similar cases filed by the Plaintiff; (4) Plaintiff's damages, if any; and (5) the pattern and ordinary business practice of the Dental Office with regard to patient visits and the parking area at the property. The Defendants intend to propound a set of Interrogatories, Requests for Admission and Requests for Production of Documents; and to take the deposition of the Plaintiff and to conduct an expert site inspection.

The parties do not propose to conduct discovery in phases. The parties consent to receive by e-mail all discovery responses that are capable to be received via electronic means. The parties propose a discovery cut-off date of March 26, 2018.

**C.    Electronic Discovery**

<u>Plaintiff</u>: Plaintiff hereby requests that, as part of initial disclosures, Defendant produce all surveillance audio and video footage recorded at Defendants' facility; and which is in its possession or under its control. Defendant has an ongoing duty to preserve these video tapes and can no longer destroy or copy over such videotape footage.

<u>Defendants</u>: Defendant hereby request that, as part of initial disclosures, Plaintiffs produce any and all surveillance audio, video footage, e-mails, reports, and electronic documents, in any way related to Plaintiff's alleged visit to the Property; and which is in its possession or under its control.

Plaintiff Defendant has an ongoing duty to preserve these video tapes and can no longer destroy or copy over said evidence.

The parties do not see any other issues regarding electronically stored information in this case. The parties agree that documents maintained in electronic format may be produced in hard copy format.

**D.     Privilege Issues**

The parties do not see any issues regarding privilege in this case at this time.

**E.     Changes to Discovery Rules**

<u>Plaintiff</u>: Plaintiff requests that rule FRCP 33(a)(1) limits be increased to 45 for all parties. Plaintiff otherwise requests no deviation from the Federal and Local Rules.

<u>Defendants</u>:  Defendant objects to Plaintiff's requests that rule FRCP 33(a)(1) limits be increased to 45 for all parties. Plaintiff requests no deviation from the Federal and Local Rules.

**F.     Other Orders**

The parties do not propose that the Court issue any other orders under Rules 16(b), 16(c) or 26(c) of the Federal Rules of Civil Procedure.  The parties propose the following case management dates:

| Matter | Date |
| --- | --- |
| Last day to Amend Pleadings or Add Parties | 12/18/2017 |
| Initial Expert Disclosure | 2/12/2018 |
| Rebuttal Expert Disclosure | 3/12/2018 |

| Discovery Cut Off Date (including experts) | 3/26/2018 |
|---|---|
| Last day to conduct settlement conference | 4/9/2018 |
| Pretrial Conference | 6/4/2018 |
| Trial | 6/19/2018 |

Dated: April 13, 2017                    CENTER FOR DISABILITY ACCESS

By: */s/Dennis Price*
Dennis Price
Attorneys for Plaintiff

Dated: April 12, 2017                    ISRAEL, FRIEDBERG & KORBATOV, LLP

By: */s/Igor Korbatov*
Igor Korbatov, Esq.
Attorneys for Defendant

7

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: April 13, 2017                    CENTER FOR DISABILITY ACCESS

                                         By: */s/Dennis Price*
                                         Dennis Price
                                         Attorneys for Plaintiff

# EXHIBIT A
# PROPOSED SCHEDULE OF PRETRIAL & TRIAL DATES

| Matter | Weeks Before Trial | Parties Request |
|---|---|---|
| Last Day for Hearing on Motion to Add Parties and Amend Pleadings **(Monday at 10:00 a.m.)** | 25 | 12/18/2017 |
| Non-Expert Discovery Cut-Off | 15 | 3/5/2018 |
| Expert Discovery Cut-Off | 12 | 3/26/2018 |
| Last Day to Conduct Settlement Proceedings | 10 | 4/9/2018 |
| Last Day for Law and Motion Hearings | 8 | 4/23/2018 |
| Final Pretrial Conference **(Monday at 1:30 p.m.)** | 2 | 6/4/2018 |
| Last Day for Filing Proposed Findings of Facts and Conclusions of Law (if court trial) | 1 | 6/11/2018 |
| Exhibit Conference **(Friday at 3:00 p.m.)** | Friday before Trial | 6/15/2018 |
| Trial **(Tuesday at 9:00 a.m.)** |  | 6/19/2018 |